# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FORREST JACKSON,**

        **Plaintiff,**

**-vs-**                                                 **Case No. 6:04-cv-292-Orl-28KRS**

**RODERICK C. DAVIS,**

        **Defendant.**

_____

## ORDER

On January 3, 2006, the presiding District Judge, the Honorable John Antoon II, entered an Order granting summary judgment in favor of Plaintiff Forrest Jackson and referring the case to me for a determination of "the date the interest began to accrue and to determine whether costs and fees should be awarded, in this matter." Doc. No. 30 at 2-3. It would be helpful to the Court to receive a memorandum of law on these issues. The memorandum of law should include the applicable facts and law regarding the legal entitlement to prejudgment interest, costs and attorneys' fees and a discussion of the legal standards governing the award of interest, costs and attorneys' fees. A request for costs should be supported by evidence of the specific costs incurred and explaining the reason each cost was reasonably incurred. A request for attorneys' fees should be accompanied by a time sheet reflecting the work performed and evidence in the form required by *Norman v. Housing Authority*, 836 F.2d 1292 (11th Cir. 1988), of the reasonable hourly rates and reasonable number of hours worked by each individual for whom reimbursement of attorneys' fees is requested.

Accordingly, it is **ORDERED** that Jackson shall file and serve a memorandum of law with citation to authorities addressing these issues and evidence in support of his request on or before January 30, 2006. Roderick C. Davis may file a responsive memorandum, including objection to the amounts sought by Jackson, on or before February 17, 2006.

**DONE** and **ORDERED** in Orlando, Florida this 16th day of January, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties