# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FORREST JACKSON,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:04-cv-292-Orl-28KRS**

**RODERICK C. DAVIS,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the issue of costs and fees following the entry of summary judgment in favor of the Plaintiff. The United States Magistrate Judge has submitted a report recommending that the Court enter judgment against Defendant Davis in the amount of $200,000.00 plus interest from the date of entry of judgment to be calculated in accordance with 28 U.S.C. § 1961.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 27, 2006 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Clerk of Court is directed to enter judgment in favor of Plaintiff Forrest Jackson and against Defendant Roderick C. Davis in the amount of $200,000.00 plus

interest from the date of entry of judgment to be calculated in accordance with 28 U.S.C. § 1961. Thereafter, the Clerk of Court shall close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of March, 2006.

                                         _____
                                         JOHN ANTOON II
                                         United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party